United States District Court

Eastern District of Louisiana

Francois

v.                                                   CIVIL ACTION NO. 2:00-cv-00309 R 1

McDonald


The record reflects that a Notice of Removal has been filed in the captioned case; accordingly,

Pursuant to 28 U.S.C. 1447(b), the removing party is directed to file within 10 days:

(1) A list of all parties still remaining in this action;

(2) Copies of all pleadings, including answers, filed by those parties in state court; and

(3) Copies of the return on service of process on those parties filed in state court.

New Orleans, Louisiana, February 1, 2000.

By Direction of the Court

LORETTA G. WHYTE, CLERK



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEVELT FRANCOIS and<br>KAREN CARTER,<br>      Plaintiffs,<br><br>VERSUS<br><br>GEORGE S. McDONALD, EXXON<br>COMPANY, U.S.A., NATIONAL UNION<br>FIRE INSURANCE COMPANY OF<br>PITTSBURGH and STATE FARM<br>MUTUAL AUTOMOBILE<br>INSURANCE COMPANY,<br>      Defendants. | CIVIL ACTION NO.:<br><br>00-0309<br>SECTION " "<br>SECT. A MAG. 1<br><br>MAGISTRATE ( ) |

### NOTICE OF REMOVAL

NOW INTO COURT, through undersigned counsel, come Petitioners, Exxon Company, U.S.A., George S. McDonald and National Union Fire Insurance Company of Pittsburgh (hereinafter "the Exxon Defendants"), to hereby remove, with the consent of Defendant State Farm Mutual Automobile Insurance Company ("State Farm"), to this Court the civil action now pending in the Civil District Court for the Parish of Orleans, State of Louisiana, entitled, "Levelt Francois and Karen Carter v. George S. McDonald, Exxon Company USA, National Union Fire Insurance Company and State Farm Mutual Automobile Insurance Company, No. 99-12332," upon showing that:

1. The plaintiffs in the state court action are residents of the State of Louisiana. The named defendant, George S. McDonald, is and has been at all pertinent times, a Mississippi resident. The named defendant, Exxon Company, U.S.A., is and has been at all pertinent times a New Jersey Corporation with its principal place of business in Texas. The named defendant, National Union Fire Insurance Company of Pittsburgh, is and has been at all pertinent times a Pennsylvania Corporation with its principal place of business in New York. The named defendant, State Farm Mutual Automobile Insurance Company, is and has been at all pertinent times an Illinois corporation with its principal place of business in Illinois.

2. This suit is a civil action over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332, and is one which may be removed to this Court by the Petitioners, pursuant to the provisions of 28 U.S.C. § 1441 in that it is a civil action wherein the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interest and costs and is between citizens of different states.

3. Pursuant to 28 U.S.C. § 1446(a), Petitioners attach hereto as Exhibit "A" a copy of all process, pleadings, and orders served upon it in said cause of action.

4. The Exxon Defendants were served on August 17, 1999. Defendant State Farm Mutual Automobile Insurance Company was served on August 30, 1999. The Exxon Defendants served written discovery requests on the plaintiffs on September 30, 1999, requesting admissions that the amount in controversy does not exceed the sum or value of $75,000.00 exclusive of interests and costs. The Exxon Defendants received the plaintiffs' responses on January 25, 2000, in which the plaintiffs denied these admissions. At that time, the Exxon Defendants first became aware the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interests and costs. This Notice of Removal was filed within thirty (30) days after service of the

discovery responses from which it was first ascertained that the case is one which is removable, thereby making removal of this action timely under 28 U.S.C. § 1446(b).

5. Defendant State Farm Mutual Automobile Insurance Company first became aware the amount in controversy exceeds the sum or value of $75,000.00 exclusive of interests and costs on January 27, 2000, when counsel for the Exxon Defendants contacted and informed counsel for State Farm of the plaintiffs' denials of the requests for admissions. State Farm has no objections to and has consented to the removal of this case. Attached hereto as Exhibit "B" is a copy of State Farm's written consent to removal.

6. Undersigned counsel certifies that a copy of this Notice of Removal will be promptly served upon the plaintiffs by mailing a copy to their counsel of record, Edward J. Womac, Jr., 4902 Canal Street, Suite 300, New Orleans, Louisiana, 70119.

7. Undersigned counsel certifies that a Notice of Filing Notice of Removal, along with a copy of this Notice of Removal will be promptly filed with the Clerk of Court for the Civil District Court for the Parish of Orleans, State of Louisiana.

WHEREFORE, Petitioners pray that further proceedings in the Civil District Court for the Parish of Orleans, State of Louisiana, be discontinued and that this action be recognized as removed to and pending on the docket of the United States District Court for the Eastern District of Louisiana, as the law in such cases provides.

Respectfully submitted

*[signature]*

David L. Reisman, T.A. (Bar #21833)
Michael A. Golemi (Bar #26306)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
(504) 581-7979

Attorneys for Exxon Company, U.S.A., George S. McDonald and National Union Fire Insurance Company of Pittsburgh

### Certificate of Service

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 31st day of January, 2000.

*[signature]*

229283_1

4