

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEVELT FRANCOIS, ET AL | CIVIL ACTION |
| VERSUS | NUMBER 00-0309 |
| GEORGE S. McDONALD, ET AL | SECTION "R" (1) |

### ORDER

The Court, having considered the motion, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff, Karen Carter, to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the motion filed by Exxon Company, U.S.A., National Union Fire Insurance Company of Pittsburgh and George S. McDonald, is Granted and the claims of Karen Carter, a plaintiff, are dismissed without prejudice.

**IT IS FURTHER ORDERED** that Karen Carter pay the reasonable expenses, including attorney's fees, caused by her failure to appear for her schedule depositions, including the defendants' time spent in preparation for the scheduled depositions and in prosecuting their motion for sanctions,

DATE OF ENTRY
AUG 01 2000



and the determination of such reasonable expenses, including attorney's fees is referred to the Magistrate Judge.

New Orleans, Louisiana, this 31ST day of JULY, 2000.

                                                    Sarah Vance
                                        UNITED STATES DISTRICT JUDGE