

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG 10  AM 10: 26

LORETTA G. WHYTE
CLERK

MINUTE ENTRY
SHUSHAN, M.J.
AUGUST 9, 2000

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LEVELT FRANCOIS, ET AL                     CIVIL ACTION

VERSUS                                     NUMBER 00-0309

GEORGE S. McDONALD, ET AL                  SECTION "R" (1)

Pursuant to the Court's order of July 31, 2000, Exxon Company, U.S.A., National Union Fire Insurance Company of Pittsburgh and George S. McDonald are to file a memorandum with all appropriate supporting documents for attorney's fees and costs by September 5, 2000. On or before September 26, 2000, Karen Carter will file her opposition memorandum at which time the matter will be submitted.

SALLY SHUSHAN
United States Magistrate Judge

DATE OF ENTRY
AUG 1 0 2000

