UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA



| | |
|---|---|
| LEVELT FRANCOIS, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-0309 |
| GEORGE MCDONALD, ET AL | SECTION "R" (1) |

## MOTION TO WITHDRAW

NOW INTO COURT, comes Edward J. Womac, Jr., Christopher J. Williamson, and Edward J. Womac, Jr. & Associates, LLC, attorney for, Karen Carter, on suggesting to the Court that movers desire to withdraw as attorney of record for Karen Carter, due to the fact that Karen Carter has failed to communicate with counsel, that a copy of this motion has been forwarded to the client and all opposing parties, and on further suggesting to the Court that the client has been notified of the impending Motion for Sanctions and that Karen Carter's present address is 3048 Metropolitan Street, New Orleans, Louisiana 70126.

Respectfully submitted,
**EDWARD J. WOMAC, JR. & ASSOCIATES (LLC)**

_____
CHRISTOPHER J. WILLIAMSON
Bar No. 23991
4902 Canal Street, Ste. 300
New Orleans, Louisiana 70119
Telephone No: (504) 486-9999

DATE OF ENTRY
SEP 1 8 2000

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading has been served upon opposing counsel, by placing same in the United States Mail, postage prepaid, this 11 day of September, 2000.

_____
Christopher J. Williamson

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEVELT FRANCOIS, ET AL | CIVIL ACTION |
| VERSUS | NO. 00-0309 |
| GEORGE MCDONALD, ET AL | SECTION "R" (1) |

**ORDER**

IT IS ORDERED, ADJUDGED AND DECREED, that Edward J. Womac, Jr., Christopher J. Williamson, and Edward J. Womac, Jr. & Associates, LLC, be permitted to withdraw as attorney of record for Karen Carter.

New Orleans, Louisiana, this 15th day of September, 2000.

_____
JUDGE