FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -4 AM 8: 39

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**OCTOBER 3, 2000**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| LEVELT FRANCOIS | CIVIL ACTION |
| versus | NUMBER 00-0309 |
| GEORGE S. McDONALD, ET AL. | SECTION "R" (1) |

A settlement conference is scheduled in the above-captioned case on Friday, October 27, 2000 at 9:00 A.M. before Magistrate Judge Sally Shushan, located at 501 Magazine Street, Room B-345, New Orleans, Louisiana.

On or before **October 25, 2000**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, briefly outlining any liability dispute, the damages, the value of the case and what realistic amount the respective party would be willing to offer/accept to settle this matter. **The letter/memorandum may be faxed directly to my chambers at 504-589-4994.** All counsel are to have access to someone with **full settlement authority**.

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
OCT 4 2000

___Fee___
___Process___
_X_Dktd___
___CtRmDep___
Doc.No.___