```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA
                                                OCT 2 3 2000
                                              2000 OCT 23  AM 11: 08

                                              LORETTA G. WHYTE
                                                   CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LEVELT FRANCOIS, et al | CIVIL ACTION |
| VERSUS | NO: 00-0309 |
| GEORGE S. McDONALD, et al | SECTION: "R"(1) |

### ORDER

The Court, after considering the motion, the record, the law applicable to the case, and the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein. Accordingly,

IT IS ORDERED that Exxon Company, USA, National Union Fire Insurance Company of Pittsburgh and George S. McDonald be awarded attorney's fees of $1,559.25 and costs of $30.00 to be paid by Karen Carter.

New Orleans, Louisiana, this 23 day of OCTOBER, 2000.

DATE OF ENTRY
OCT 2 3 2000

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
OCT 2 3 2000

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc.No.