

**MINUTE ENTRY**
**SHUSHAN, M.J.**
**OCTOBER 31, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEVELT FRANCOIS, ET AL.** | CIVIL ACTION |
| versus | NUMBER 00-0309 |
| **GEORGE S. McDONALD, ET AL.** | SECTION "R" (1) |

A settlement conference was held on October 27, 2000.

Present:

Edward Womac, Jr. and Chris Williamson, for the plaintiff;
David Reisman and Michael Golemi, for Exxon;

Following discussions among the parties, the above-captioned case has settled. The U.S. District Judge's chambers have been notified. Counsel and the parties are thanked for their cooperation in amicably resolving this matter.

DATE OF ENTRY
OCT 3 1 2000

SALLY SHUSHAN
UNITED STATES MAGISTRATE JUDGE