



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 12 PM 4: 09
JAN 1 2 2001
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEVELT FRANCOIS, et al.**<br>**Plaintiffs,** | **CIVIL ACTION NO.: 00-0309** |
| | **SECTION "R"** |
| **VERSUS** | |
| **GEORGE S. McDONALD, et al.** | **MAGISTRATE (1)** |
| **Defendants.** | |

## JOINT MOTION AND ORDER TO DISMISS

NOW INTO COURT, through undersigned counsel, come plaintiff, Levelt Francois,

defendants, George S. McDonald, Exxon Company, U.S.A., National Union Fire Insurance

Company, and defendant/cross-claim plaintiff, State Farm Mutual Automobile Insurance

Company, and jointly move this Court to dismiss, with prejudice, all claims between those

parties on the ground that such claims have been amicably resolved.

DATE OF ENTRY

JAN 1 7 2001



Fee_____
Process____
X  Dktd____
    CtRmDep___
    Doc.No._____

Respectfully submitted,


_____
Edward J. Womac, Jr. (Bar #02195)
Christopher J. Williamson (Bar. #23991)
Law Offices of Edward J. Womac, Jr.
4902 Canal Street, Suite 300
New Orleans, Louisiana 70119
(504) 486-9999

Attorneys for Plaintiff

_____
David L. Reisman, T.A. (Bar #21833)
Michael A. Golemi (Bar #26306)
Liskow & Lewis
701 Poydras Street, Suite 5000
New Orleans, LA 70139-5099
(504) 581-7979

Attorneys for Exxon Company, U.S.A.,
George S. McDonald and National Union Fire
Insurance Company of Pittsburgh


_____
Sandra Cosby (Bar #20148)
Frederick Miller & Associates
1700 Lakeway II
3850 North Causeway Boulevard
Metairie, Louisiana 70002
(504) 840-4900

Attorney for State Farm Mutual Automobile
Insurance Company

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by placing same in the United States mail, properly addressed and postage prepaid, this 12th day of January, 2001.

309890_1.DOC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LEVELT FRANCOIS, et al.** | **CIVIL ACTION NO.:  00-0309** |
| **Plaintiffs,** | |
| | **SECTION "R"** |
| **VERSUS** | |
| | |
| **GEORGE S. McDONALD, et al.** | **MAGISTRATE (1)** |
| **Defendants.** | |

## ORDER

Considering the foregoing motion, it is hereby ordered that (1) the claims of Levelt Francois against defendants George S. McDonald, Exxon Company, U.S.A., National Union Fire Insurance Company, and State Farm Mutual Automobile Insurance Company are hereby dismissed, with prejudice; and (2) the cross-claim of State Farm Mutual Automobile Insurance Company against defendants George S. McDonald, Exxon Company, U.S.A., and National Union Fire Insurance Company is hereby dismissed, with prejudice.  Each party is to bear its own costs.

New Orleans, Louisiana, this 17ᵗʰ day of JANUARY , 2001.

Sarah Vance

UNITED STATES DISTRICT JUDGE

309890_1.DOC